UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEAN BAPTISTE MECCA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 12-12015-JLT |
| | * | |
| RONALD P. CORBETT, JR., et. al., | * | |
| | * | |
| Respondents. | * | |

## ORDER

February 27, 2013

TAURO, J.

After considering Respondents' Objections [#17], this court ACCEPTS and ADOPTS the January 15, 2013 Report and Recommendation [#16] of Chief Magistrate Judge Sorokin. For the reasons set forth in the Report and Recommendation, this court hereby orders that Respondents' Motion to Dismiss [#12] is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge