## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEAN BAPTISTE MECCA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 12-12015-JLT |
| | * | |
| RONALD P. CORBETT, JR., et al., | * | |
| | * | |
| Respondents. | * | |

## ORDER

January 30, 2014

TAURO, J.

This court ACCEPTS and ADOPTS the December 18, 2013 Report and Recommendation [#42] of Chief Magistrate Judge Sorokin. For the reasons set forth in the Report and Recommendation, this court hereby orders that Petitioner's petition for a writ of habeas corpus is DENIED.

This case is CLOSED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge